Leventis, Appellant, *v.* Kaufmann Department Stores, Inc.

Argued March 26, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*J. Thomas Hoffman,* with him *William D. Hilldorfer,* for appellant.

*J. Roy Dickie* and *Dickie, Robinson & McCamey,* for appellee, were not heard.

PER CURIAM, April 14, 1947:
The judgment of the court below is affirmed upon the opinion of Judge MARSHALL.